IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JULIUS L. HEARNS,**

    **Plaintiff,**

v.                                               Case No. 4:24-cv-312-AW-MAF

**HOLLY NOEL SIMCOX, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Pro se Plaintiff Julius Hearns sued three official-capacity defendants. The magistrate judge recommends dismissal based on 28 U.S.C. § 1915(e)(2). ECF No. 11. Hearns has not filed any objection.

I agree with the magistrate judge that dismissal is appropriate. Hearns seeks two things: he wants relief from his state criminal judgment, and he wants monetary damages. First, the magistrate judge has judicial immunity as to all claims. The claims against the state defendants fail, too, but for different reasons. To the extent Hearns seeks relief from his state criminal judgment, he cannot obtain it through a § 1983 action. The proper avenue for such relief is a § 2254 proceeding. This court lacks jurisdiction over any request for § 2254 relief because, as Hearns's complaint makes clear, Hearns already had one unsuccessful § 2254 case. He cannot file a second or successive § 2254 petition without Eleventh Circuit permission.

That leaves the claim for damages against the state defendants. As the magistrate judge explains, those defendants are sued in their official capacities, meaning the claims are essentially against the state. Thus, the Eleventh Amendment precludes the claims. I also agree with the magistrate judge that any amendment would be futile.

The clerk will enter a judgment that says, "Plaintiff's claims against the magistrate judge are dismissed based on judicial immunity. Plaintiff's claims for relief from his state criminal judgment are dismissed without prejudice for lack of jurisdiction. Plaintiff's remaining claims are dismissed without prejudice based on Eleventh Amendment immunity. This dismissal is pursuant to 28 U.S.C. § 1915(e)(2)."

The clerk will then close the file.

SO ORDERED on January 13, 2025.

s/ *Allen Winsor*
United States District Judge